

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 29, 2017.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-70094-TMD |
| | § | |
| RREAF O&G PORTFOLIO #2 LLC, et al. | § | CHAPTER 11 |
|     Debtors. | § | |

| | | |
|---|---|---|
| HARRY ADINATA, et al. | § | |
|     Plaintiffs, | § | |
| | § | ADV. NO. 17-07003-TMD |
| v. | § | |
| | § | |
| RREAF O&G PORTFOLIO #2 LLC, et al. | § | |
|     Defendants. | § | |

### ORDER GRANTING AMENDED MOTION TO REMAND

On August 29, 2017, the Court considered the Amended Motion to Remand filed by the Plaintiffs [ECF No. 35]. For the reasons stated on the record, the Court finds that it should abstain from hearing this matter under 28 U.S.C. § 1334(c)(1) and that it should remand this proceeding to state court conditioned upon the Plaintiffs amending the petition as proposed in the Amended Motion to Remand.

1

2

ACCORDINGLY, IT IS ORDERED that this adversary proceeding is remanded to the 385th District Court for Midland, County, Texas conditioned upon the Plaintiffs amending their petition in state court as proposed in the Amended Motion to Remand. The Court retains jurisdiction to the extent necessary to ensure that the condition is fulfilled.

IT IS FURTHER ORDERED that the Clerk of this Court immediately remand and then close this adversary proceeding.

# # #