**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 29, 2017.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-70094-TMD |
| | § | |
| RREAF O&G PORTFOLIO #2 LLC, et al. | § | CHAPTER 11 |
|     Debtors. | § | |

| | | |
|---|---|---|
| HARRY ADINATA, et al. | § | |
|     Plaintiffs, | § | |
| | § | ADV. NO. 17-07003-TMD |
| v. | § | |
| | § | |
| RREAF O&G PORTFOLIO #2 LLC, et al. | § | |
|     Defendants. | § | |

### ORDER GRANTING AMENDED MOTION TO REMAND

On August 29, 2017, the Court considered the Amended Motion to Remand filed by the Plaintiffs [ECF No. 35]. For the reasons stated on the record, the Court finds that it should abstain from hearing this matter under 28 U.S.C. § 1334(c)(1) and that it should remand this proceeding to state court conditioned upon the Plaintiffs amending the petition as proposed in the Amended Motion to Remand.

1

ACCORDINGLY, IT IS ORDERED that this adversary proceeding is remanded to the 385th District Court for Midland, County, Texas conditioned upon the Plaintiffs amending their petition in state court as proposed in the Amended Motion to Remand. The Court retains jurisdiction to the extent necessary to ensure that the condition is fulfilled.

IT IS FURTHER ORDERED that the Clerk of this Court immediately remand and then close this adversary proceeding.

# # #

United States Bankruptcy Court
Western District of Texas

Adinata,
    Plaintiff

Adv. Proc. No. 17-07003-tmd

RREAF Holdings O&G Portfolio #2, LL,
    Defendant

# CERTIFICATE OF NOTICE

```
District/off: 0542-7      User: boydl           Page 1 of 3           Date Rcvd: Aug 29, 2017
                          Form ID: pdfintp      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.
  NO NOTICES MAILED.

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust              E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Aug 30 2017 01:35:02
                 United States Trustee - MD12,   US Trustee's Office,   615 E Houston, Suite 533,   PO Box 1539,
                 San Antonio, TX   78295-1539
                                                                                                         TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:

      Brett R. Sheneman   on behalf of Defendant   RREAF O&G Portfolio #2 Investors, LLC bsheneman@joneswalker.com, jway@joneswalker.com;'jjustiss@joneswalker.com
      Brett R. Sheneman   on behalf of Defendant   RREAF O&G Portfolio #2 Manager, LLC bsheneman@joneswalker.com, jway@joneswalker.com;'jjustiss@joneswalker.com
      Brett R. Sheneman   on behalf of Defendant   Spectrum RREAF Class A, LLC bsheneman@joneswalker.com, jway@joneswalker.com;'jjustiss@joneswalker.com
      Brett R. Sheneman   on behalf of Defendant   RREAF Holdings O&G Portfolio #2, LLC bsheneman@joneswalker.com, jway@joneswalker.com;'jjustiss@joneswalker.com
      Brett R. Sheneman   on behalf of Defendant Webb M. Sowden bsheneman@joneswalker.com, jway@joneswalker.com;'jjustiss@joneswalker.com
      Brett R. Sheneman   on behalf of Defendant   RREAF O&G Portfolio #2, LLC bsheneman@joneswalker.com, jway@joneswalker.com;'jjustiss@joneswalker.com
      Brett R. Sheneman   on behalf of Defendant   DM Florida, LLC bsheneman@joneswalker.com, jway@joneswalker.com;'jjustiss@joneswalker.com
      Daniel John Baldwin   on behalf of Defendant   DM Florida, LLC dbaldwin@joneswalker.com
      Daniel John Baldwin   on behalf of Defendant   RREAF O&G Portfolio #2 Investors, LLC dbaldwin@joneswalker.com
      Daniel John Baldwin   on behalf of Defendant Webb M. Sowden dbaldwin@joneswalker.com
      Daniel John Baldwin   on behalf of Defendant   RREAF O&G Portfolio #2, LLC dbaldwin@joneswalker.com
      Daniel John Baldwin   on behalf of Defendant   RREAF Holdings O&G Portfolio #2, LLC dbaldwin@joneswalker.com
      Ian T. Peck   on behalf of Defendant   Spectrum RREAF Class A, LLC ian.peck@haynesboone.com, kim.morzak@haynesboone.com
      Ian T. Peck   on behalf of Defendant   RREAF O&G Portfolio #2, LLC ian.peck@haynesboone.com, kim.morzak@haynesboone.com
      Ian T. Peck   on behalf of Defendant   RREAF O&G Portfolio #2 Manager, LLC ian.peck@haynesboone.com, kim.morzak@haynesboone.com
      Mark A. Mintz   on behalf of Defendant   RREAF O&G Portfolio #2 Investors, LLC mmintz@joneswalker.com, mmcadory@joneswalker.com;hstewart@joneswalker.com
      Mark A. Mintz   on behalf of Defendant Webb M. Sowden mmintz@joneswalker.com, mmcadory@joneswalker.com;hstewart@joneswalker.com
      Mark A. Mintz   on behalf of Defendant   DM Florida, LLC mmintz@joneswalker.com, mmcadory@joneswalker.com;hstewart@joneswalker.com
      Mark A. Mintz   on behalf of Defendant   RREAF O&G Portfolio #2 Manager, LLC mmintz@joneswalker.com, mmcadory@joneswalker.com;hstewart@joneswalker.com
      Mark A. Mintz   on behalf of Defendant   RREAF O&G Portfolio #2, LLC mmintz@joneswalker.com, mmcadory@joneswalker.com;hstewart@joneswalker.com
      Mark A. Mintz   on behalf of Defendant   RREAF Holdings O&G Portfolio #2, LLC mmintz@joneswalker.com, mmcadory@joneswalker.com;hstewart@joneswalker.com

```
District/off: 0542-7          User: boydl                Page 2 of 3              Date Rcvd: Aug 29, 2017
                              Form ID: pdfintp           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Ryan J. McNeel    on behalf of Plaintiff John  Willkomm rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Bill  Davis rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Larry  Laughlin rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Eddie Lou Shoffner rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Jeffrey  Liddle rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff  Gettha Adinata rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Harry  Adinata rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Arthur  Belval rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff AJ  Daley rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Robert  Hinds rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Chris  Choate rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Doug  Ramsey rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Thomas  Alfano rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff David  Willkomm rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff James  Blakemore rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Tom  McCabe rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Adam  Barausky rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Todd  Meucci rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Stephen  Smiles rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Robert  Burnett rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Steve  Noonan rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Jill Marie Trinitapoli rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff  Wavecrest Holdings, LLC rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Ryan J. McNeel    on behalf of Plaintiff Adam  Richwine rmcneel@brockettmcneel.net,
               jmay@brockettmcneel.net
              Todd J. Johnston    on behalf of Plaintiff Adam  Richwine tjohnston@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff Harry  Adinata tjohnston@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff Chris  Choate tjohnston@mcjllp.com,   lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff Todd  Meucci tjohnston@mcjllp.com,   lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff Adam  Barausky tjohnston@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff David  Willkomm tjohnston@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff Robert  Hinds tjohnston@mcjllp.com,   lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff James  Blakemore tjohnston@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff  Wavecrest Holdings, LLC tjohnston@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff John  Willkomm tjohnston@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff Jeffrey  Liddle tjohnston@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff Eddie Lou Shoffner tjohnston@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff  Gettha Adinata tjohnston@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff Larry  Laughlin tjohnston@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff Robert  Burnett tjohnston@mcjllp.com,
               lskibell@mcjllp.com
              Todd J. Johnston    on behalf of Plaintiff Stephen  Smiles tjohnston@mcjllp.com,
               lskibell@mcjllp.com
```

```
District/off: 0542-7          User: boydl               Page 3 of 3              Date Rcvd: Aug 29, 2017
                              Form ID: pdfintp          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Todd J. Johnston    on behalf of Plaintiff Arthur  Belval tjohnston@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Plaintiff AJ  Daley tjohnston@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Plaintiff Tom  McCabe tjohnston@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Plaintiff Doug  Ramsey tjohnston@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Plaintiff Bill  Davis tjohnston@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Plaintiff Thomas  Alfano tjohnston@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Plaintiff Steve  Noonan tjohnston@mcjllp.com, lskibell@mcjllp.com
          Todd J. Johnston    on behalf of Plaintiff Jill Marie Trinitapoli tjohnston@mcjllp.com, lskibell@mcjllp.com

                                                                                                                                                                     TOTAL: 69